IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| D.C., INC., d/b/a DIRT CHEAP CIGARETTES AND BEER, ) ) ) Plaintiff, ) ) vs. ) ) DRP, INC., a Missouri Corporation, ) JITENDRA PATEL, an Individual, and ) RAJ PATEL, an Individual, ) ) Defendants. ) | Case No.: 4:10-cv-01018-JCH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff D.C. Inc., d/b/a Dirt Cheap Cigarettes and Beer ("Plaintiff" or "Dirt Cheap"), by and through the undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby dismisses with prejudice any and all of Plaintiff's claims against Defendants DRP, Inc., Jitendra Patel, and Raj Patel in the above-styled action. Notwithstanding, the Court shall retain jurisdiction to enforce the Consent Permanent Injunction [Doc. 17].

Respectfully Submitted

 /s/ Timm W. Schowalter
Timm W. Schowalter, #66308
Michael J. Smith, #57972
James C. Hetlage, #3391
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939
(314) 621-6844 (fax)

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 12th day of August, 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

1) Nelson D. Nolte, Esq.
   Polster, Lieder, Woodruff & Lucchesi, L.C.
   12412 Powerscourt Drive, Suite 200
   St. Louis, MO 63131-3615
   nnolte@patpro.com


            */s/ Timm W. Schowalter*
            Timm W. Schowalter